UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                          :
DAJUAN EMERSON,                                           :
                                                          :   CASE NO. 1:14-cv-00809
            Petitioner,                                   :
                                                          :
v.                                                        :   OPINION & ORDER
                                                          :   [Resolving Docs. 1, 18]
BENNIE KELLY, Warden,                                     :
                                                          :
            Respondent,                                   :
                                                          :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Petitioner DaJuan Emerson seeks a writ of habeas corpus under 28 U.S.C. § 2254, alleging that his murder conviction in Ohio state court was based on DNA evidence obtained in violation of his Constitutional rights, and that his trial counsel was ineffective.[1] On March 30, 2015, Magistrate Judge White recommended that the Court dismiss the petition.[2] Neither party has filed an objection to Magistrate Judge White's Report and Recommentation ("R&R").

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which a party has made an objection.[3] Parties must file any objections to a R&R within fourteen days of service.[4] Failure to object within that time waives a party's right to have the Court review the R&R.[5] Absent objection, a district court may adopt the R&R without

---

[1] Doc. 1.
[2] Doc. 18.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] Fed. R. Civ. P. 72(b)(2); LR 72.3(b).
[5] LR 72.3(b); *see* Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949–50 (6th Cir. 1981).

-1-

Case No. 1:14-cv-00809
Gwin, J.

review.[6]

In this case, neither party has objected to the R&R. Moreover, having conducted its own review of the record and the parties' briefing in this case, the Court agrees with the conclusions of Magistrate Judge White.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge White's Report and Recommendation and incorporates it fully herein by reference. The Court **DENIES** Emerson's petition.

Moreover, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and no basis exists upon which to issue a certificate of appealability.[7]

IT IS SO ORDERED.

Dated: June 30, 2015            s/ *James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE

---

[6] *See Thomas*, 474 U.S. at 149.
[7] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).